RECEIVED
FEB 19 2010
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Joanne Burrow
vs.
The Boeing Company

No. 4:09CV2073TCM

**United States District Court**

Eastern District of Missouri

Feb 19, 2010

**MEMORANDUM FOR CLERK**

Motion to withdraw 30 day extension, which was granted on 1/20/10, to file a motion to remand above case to State court.

Joanne Burrow

Attorney for Plaintiff / Defendant

Certificate of Service
I have sent a copy of this pleading to Bryan Cave

Joanne Burrow