UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOANNE BURROW, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:09cv2073 TCM |
| ) | |
| THE BOEING COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This employment discrimination action is before the Court on several motions filed by the pro se plaintiff, Joanne Burrow: a motion to withdraw an extension which was earlier granted; a motion for the appointment of a pro bono neutral, a motion to amend or correct her complaint, and two motions for the appointment of counsel.

The first motion will be denied. The extension was granted. This did not require, however, that Plaintiff file the pleading – a motion to remand – that was the reason for the extension.

The motions for appointment of counsel and for the appointment of a pro bono neutral will also be denied. This case was removed from state court on federal question and diversity grounds by defendant, The Boeing Company. There is no evidence that Plaintiff was permitted to file her case in state court in forma pauperis, nor has she submitted a statement listing her financial information on the form provided by the Clerk of Court. See E.D. L.R. 2.05(A). The Court may not appoint a neutral to serve pro bono if there has been no demonstration by the requesting party of a financial inability to pay that party's pro rata share, see E.D. L.R. 6.03(C)(2), and may not appoint counsel if there is no showing of

indigency, see E.D. L.R. 12.01(H). Because Plaintiff has not made the necessary showing of indigency, her three motions depending on such shall be denied without prejudice.

Plaintiff also moves for leave to amend her complaint to include a count for retaliation for filing a worker's compensation claim. She has failed to submit a copy of her proposed amended complaint or to otherwise clarify what an amended complaint would contain. See **Pet Quarters, Inc. v. Depository Trust and Clearing Corp.**, 559 F.3d 772, 782 (8th Cir. 2009). This motion will also be denied without prejudice to its refiling with a copy of the proposed amended complaint.

For the foregoing reasons,

**IT IS HEREBY ORDERED** that Plaintiff's motion to withdraw 30 days extension is **DENIED**. [Doc. 16]

**IT IS FURTHER ORDERED** that Plaintiff's motions for appointment of counsel, motion for appointment of pro bono neutral, and motion to amend complaint are each **DENIED** without prejudice. [Docs. 10, 17, 18, 19]

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of April, 2010.