Joanie Burrow
vs.
The Boeing Corporation

No. 4:09-CV-02073-TCM

**United States District Court**

Eastern District of Missouri

May 13, 2010

**MEMORANDUM FOR CLERK**

Court granted Motion to Compel filed by Defendant, The Boeing Corporation. Court ordered Plaintiff Burrow to produce all discovery responses including responses to First Request for Production of Documents and First Set of Interrogatories within 10 days, by no later than May 24, 2010.

So ordered:

[signature]
5/13/10

J. Toni Burrow, Plaintiff

Dennis C. Donnelly, Attorney for Defendant