# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **JOANNE BURROW,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case number 4:09cv2073 TCM |
| **THE BOEING COMPANY,** | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this date in the above-named cause of action and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of Joanne Burrow against The Boeing Company are DISMISSED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  27th  day of April, 2011.